AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_NORTHERN_ _____ DISTRICT OF ___ _GEORGIA_

**SUMMONS IN A CIVIL CASE**

Wachovia Bank, National Association

CASE NUMBER: 07-CV-2443 **GET**

V.

Sharold Holdings, LLC, Charlie Rolader, Pankaj
Sharma and Sangita Sharma

TO: (Name and address of defendant)
Pankaj Sharma
5685 Grove Point Road
Alpharetta, GA 30022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
**Michael E. Johnson**
**Troutman Sanders LLP**
**Bank of America Plaza**
**600 Peachtree Street, N.E. - Suite 5200**
**Atlanta, GA 30308-2216**

an answer to the complaint which is herewith served upon you, within ____ twenty (20) days ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

_____JAMES N. HATTEN_____
CLERK

0 9 OCT 2007
DATE

(BY) DEPUTY CLERK